1  Jennifer Lynch (SBN 240701)
   *jlynch@eff.org*
2  ELECTRONIC FRONTIER FOUNDATION
   815 Eddy Street
3  San Francisco, CA 94109
   Telephone: (415) 436-9333
4  Facsimile: (415) 436-9993
5
6
   Attorneys for Plaintiff
7  ELECTRONIC FRONTIER FOUNDATION
8
                UNITED STATES DISTRICT COURT
9
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12 ELECTRONIC FRONTIER FOUNDATION,  )  CASE NO.: 3:13-cv-02946 LB
                                    )
13                      Plaintiff,  )  **PROOF OF SERVICE**
                                    )
14       v.                         )
                                    )
15 DEPARTMENT OF JUSTICE,           )
                                    )
16                      Defendant.  )
                                    )
17

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Jennifer Lynch | SBN: 240701<br>Electronic Frontier Foundation<br>815 Eddy Street  San Francisco, CA 94102<br>TELEPHONE NO.: (415) 436-9333 | FAX NO. (415) 436-9993 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: | FOR COURT USE ONLY |
|---|---|

| United States District Court |
|---|
| STREET ADDRESS: 450 Golden Gate Avenue |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Francisco, CA 94102 |
| BRANCH NAME: Northern District of California |

| PLAINTIFF/PETITIONER: ELCTRONIC FRONTIER FOUNDATION | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: DEPARTMENT OF JUSTICE | CV 13 2964 LB |

| PROOF OF SERVICE | Ref. No. or File No.:<br>FACIAL RECOGNITION |
|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE RELIEF FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT, 5 U.S.C. § 522; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT**

PARTY SERVED: **DEPARTMENT OF JUSITCE**

PERSON SERVED: **Jacqui Hollar - Paralegal**

DATE & TIME OF DELIVERY: **6/26/2013**
**2:59 PM**

ADDRESS, CITY, AND STATE: **450 Golden Gate Avenue, 9th Floor**
**San Francisco, CA 94102**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 60.00
  County: San Francisco
  Registration No.: 1068
  Specialized Legal Services, Inc.
  1112 Bryant St., Suite 200
  San Francisco, CA 94103
  (415) 357-0500
  Ref: FACIAL RECOGNITION

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  June 28, 2013

Signature: _____
Chris Sparks

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                              Order#: P104997/General