1  Jennifer Lynch (SBN 240701)
   *jlynch@eff.org*
2  ELECTRONIC FRONTIER FOUNDATION
   815 Eddy Street
3  San Francisco, CA 94109
   Telephone: (415) 436-9333
4  Facsimile: (415) 436-9993
5

6
   Attorneys for Plaintiff
7  ELECTRONIC FRONTIER FOUNDATION

8
                  **UNITED STATES DISTRICT COURT**
9
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11
   ELECTRONIC FRONTIER FOUNDATION,    )   CASE NO.: 3:13-cv-02946 LB
12                                    )
                          Plaintiff,  )   **PROOF OF SERVICE**
13                                    )
        v.                            )
14                                    )
   DEPARTMENT OF JUSTICE,             )
15                                    )
                          Defendant.  )
16                                    )
                                      )
17

18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE                                    CASE NO.: 3:13-cv-02946 LB

**PROOF OF SERVICE**

I, Heather Akers-Healy, do hereby affirm that I am over the age of 18 years and not a party to the within action. My business address is 815 Eddy Street, San Francisco, California 94109.

On June 27, 2013, I served the following documents:

- Complaint for Injunctive Relief for Violation of the Freedom of Information Act, 5 U.S.C. § 552
- Summons in a Civil Action
- Welcome to the Oakland Divisional Office of the United States District Court
- ECF Registration Information Handout
- Consent/Declination to Proceed Before US Magistrate Judge
- Notice of Assignment to a US Magistrate Judge for Trial
- Judge Beeler's Standing Orders
- Standing Order for All Judges of the Northern District of California
- Order Setting Initial Case Management Conference and ADR Deadlines

on the person(s) below as follows:

X   By United States Certified/Return Receipt Mail- I enclosed the documents in a sealed envelope addressed to:

ATTORNEY GENERAL OF THE UNITED STATES
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001

and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am a resident of the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on June 27, 2013.

_____
Heather Akers-Healy

1

PROOF OF SERVICE                                              CASE NO.: 3:13-cv-02946 LB