STUART F. DELERY
Assistant Attorney General
ELIZABETH SHAPIRO
Deputy Branch Director
MARCIA K. SOWLES, D.C. Bar No. 36955
Senior Counsel
Civil Division, Federal Program Branch
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-4960
Facsimile:  (202) 616-8470

IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARRTMENT OF JUSTICE,<br><br>    Defendant | Case No.: cv-13-2946 PJH<br><br>**STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Pursuant to the Court's order dated September 26, 2013, Plaintiff Electronic Frontier Foundation ("EFF") and Defendant Department of Justice respectfully submit a status report and a stipulated briefing in this action.  The Federal Bureau of Investigation has completed its processing of records responsive to the three requests submitted by Plaintiff, pursuant to the Freedom of Information Act, 5 U.S.C. § 552, concerning the use of facial recognition and development of FBI's Next Generation Identification ("NGI") program.  The parties stipulate to the following briefing schedule for cross-motions for summary judgment:

| | |
|---|---|
| Defendant moves for summary judgment | March 12, 2014 |
| Plaintiff files opposition and cross-moves for summary judgment | April 2, 2014 |
| Defendant files reply and opposition to Plaintiff's motion | April 23, 2014 |
| Plaintiff files reply | May 7, 2014 |

| | | |
|---|---|---|
| 1 | Hearing on cross-motions for summary judgment | May 21, 2014 |

The parties respectfully request that the proposed schedule be adopted.

DATED: January 30, 2014             Respectfully submitted,

/s/ Jennifer Lynch                              STUART F. DELERY
ELECTRONIC FRONTIER FOUNDATION   Assistant Attorney General
Jennifer Lynch, Esq.
454 Shotwell Street                           ELIZABETH J. SHAPIRO
San Francisco, CA 94110                 Deputy Branch Director
Telephone: (415) 436-9333
Facsimile: (415) 436-9993              /s/ Marcia K. Sowles
                                                        Marcia K. Sowles
*Attorney for Plaintiff*                       Senior Counsel
                                                        United States Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        P.O. Box 883
                                                        Washington, D.C. 20044
                                                        Telephone: (202) 514-4960
                                                        Facsimile: (202) 616-8470
                                                        E-mail: marcia.sowles@usdoj.gov

                                                        *Attorneys for Defendant*

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: 2/3/14                                   _____
                                                        The Hon. Phyllis J. Hamilton
                                                        United States District Judge

[Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2014, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on January 30, 2014, in Washington, DC.

>               */s/ Marcia K. Sowles*
>               Marcia K. Sowles