STUART F. DELERY
Assistant Attorney General
ELIZABETH SHAPIRO
Deputy Branch Director
MARCIA K. SOWLES, D.C. Bar No. 36955
Senior Counsel
Civil Division, Federal Program Branch
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-4960
Facsimile: (202) 616-8470

IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARRTMENT OF JUSTICE,<br><br>        Defendant | Case No.: cv-13-2946 PJH<br><br>**NOTICE OF ERRATA AND FILING SECOND DECLARATION OF DAVID M. HARDY** |

Defendant Department of Justice hereby files an errata and the Second Declaration of David M. Hardy, the Section Chief of the Record/Information Dissemination Section of the Federal Bureau of Investigation's ("FBI's") Record Management Division, to clarify and correct a reference to a document made in Mr. Hardy's declaration dated March 12, 2014 ("First Hardy Declaration"), which was filed in support of Defendant's Motion for Summary Judgment. *See* ECF Doc. 25-1. On page 12 of the First Hardy Declaration, Mr. Hardy refers to a document entitled "NGI Facial Recognition Trade Study Plan" and identifies it as Document 11. Portions of this document had been withheld by FBI under Exemption 4, 5 U.S.C. § 552(b)(4), which protects confidential commercial or financial information in its initial production on October 8,

2013.[1]  On March 10, 2014, after further review, the FBI withdrew its Exemption 4 claim with respect to this document in its supplemental production to plaintiff on March 10, 2014.  While the FBI removed the reference to this document in its *Vaughn* index (Exhibit J to the First Hardy Declaration), the reference to this document was inadvertently left in the declaration.   As a result, the document identified as Document 12 in the First Hardy Declaration – "NGI Interstate Photo System FACE Recognition (IPSFR) Operational Type Protype Plan" should have been identified as Document 11.  Moreover, the reference to Document 12 in footnote 57 of the First Hardy Declaration and footnote 25 on page 22 of Defendant's Memorandum in Support of the Motion for Summary Judgment should also be changed to Document 11.

DATED: March 14, 2014                          Respectfully submitted,

                                                STUART F. DELERY
                                                Assistant Attorney General

                                                MELINDA L. HAAG
                                                United States Attorney

                                                ELIZABETH J. SHAPIRO
                                                Deputy Director, Federal Programs Branch

                                                  */s/ Marcia K. Sowles*
                                                MARCIA K. SOWLES, Bar No. 36955
                                                Senior Counsel
                                                U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
                                                P.O. Box 883
                                                Washington, D.C. 20044
                                                Telephone:     (202) 514-4960
                                                Facsimile:     (202) 616-8470
                                                Marcia.sowles@usdoj.gov

                                                *Attorneys for the U.S. Department of Justice*

---

[1] The portions of this document have also been withheld under Exemption 6 and 7(C), but Plaintiff has agreed not to contest those redactions.  *See* First Hardy Declaration at 2 n.1.

NOTICE OF FILING SECOND DECLARATION OF DAVID M. HARDY
Case No.  13-cv-2946 PJH
2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2014, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system. Executed on March 14, 2014, in Washington, D.C.

> */s/Marcia K. Sowles*
> Marcia K. Sowles