| | |
|---|---|
| 1 | Jennifer Lynch (SBN 240701) |
| 2 | *jlynch@eff.org*<br>ELECTRONIC FRONTIER FOUNDATION |
| 3 | 815 Eddy Street<br>San Francisco, CA 94109 |
| 4 | Telephone:  (415) 436-9333<br>Facsimile:   (415) 436-9993 |
| 5 | |
| 6 | David L. Sobel (*pro hac vice*)<br>*sobel@eff.org* |
| 7 | ELECTRONIC FRONTIER FOUNDATION<br>1818 N Street, N.W., Suite 410 |
| 8 | Washington, DC 20036<br>Telephone: 415-436-9333 x202 |
| 9 | |
| 10 | *Attorneys for Plaintiff*<br>*Electronic Frontier Foundation* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) | Case No.: 4:13-cv-2946 PJH |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE AND HEARING DATE ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |
| v. | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| Defendant. | ) | Date: May 21, 2014<br>Time: 9:00 A.M.<br>Place: Courtroom 3, 3d Floor<br>Judge: Hon. Phyllis J. Hamilton |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties, by and through undersigned counsel, hereby stipulate and respectfully move to enlarge the briefing schedule for the parties' cross motions for summary judgment. The parties seek to enlarge the briefing schedule in this Freedom of Information Act (FOIA) case by two weeks to allow Plaintiff's counsel sufficient time to review supplemental records released by Defendant and received by Plaintiff on March 12, 2014. The requested change will not significantly affect the present schedule for the case. In accordance with Civil L.R. 6-2(a), this stipulation is supported by the Declaration of Jennifer Lynch, counsel for Plaintiff, filed herewith, and a proposed order below.

The parties submit, and the Declaration of Ms. Lynch establishes, that there is good cause for the requested change as follows:

This is a FOIA case. On September 19, 2013, the parties agreed to and filed with the Court a release schedule for responsive records in this case. *See* Jt. Case Mgmt. Stmt, Doc. No. 21. According to that release schedule, Defendant agreed to release the first set of records by October 13, 2013; the second set of records by November 13, 2013; and any remaining records by December 13, 2013. *Id*. at 5. Defendant released the first set of records on October 8, 2013 but did not release any records by November 13, 2013. On December 9, 2013, Plaintiff's counsel emailed counsel for Defendant, asking if Defendant had ever sent the second set of records. *See* Decl. of Jennifer Lynch, Ex. 1. In response, Defendant's counsel stated that "[t]he release made on October 8, 2013, was the entire set of responsive documents." *Id.* Given Defendant's counsel's statement, the parties agreed to a briefing schedule for dispositive motions and filed that schedule with the Court on January 30, 2014. *See* Doc. No. 23.

On March 12, 2014, Defendant filed its Motion for Summary Judgment. Defendant also sent Plaintiff a supplemental release of records responsive to Plaintiff's FOIA request, which Plaintiff received the same day the Motion was filed. *See* Def. Mot. S.J. at 5, Doc. No. 25; Lynch Decl. ¶6. According to Defendant, in this supplemental release, the FBI disclosed portions of some documents that had been previously withheld under Exemption 4. *See* Decl. of David Hardy, ¶21. Defendant's counsel did not alert Plaintiff's counsel that this release was coming. Plaintiff needs

additional time to review these records before it can file its Cross Motion and Opposition so that it may understand the full scope of and address all the issues remaining in this case.

The parties have not sought any previous enlargements of time. This case was filed on June 26, 2013, and since then, the parties have been diligently working together to move the case forward. As the parties are already at the summary judgment phase of the case, a two-week enlargement of time will not significantly affect the schedule for the case.

Therefore, the parties propose the following schedule for remaining briefing and the hearing on the parties' Cross Motions:

| | |
|---|---|
| Defendant moves for summary judgment: | March 12, 2014 |
| Plaintiff files opposition and cross-moves for summary judgment: | April 16, 2014 |
| Defendant files reply and opposition to Plaintiff's motion: | May 7, 2014 |
| Plaintiff files reply: | May 21, 2014 |
| Hearing Date: | June 4, 2014 |

DATED: March 14, 2014

Respectfully submitted,

/s/ Jennifer Lynch
ELECTRONIC FRONTIER FOUNDATION
Jennifer Lynch, Esq.
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993
*Attorney for Plaintiff*

STUART F. DELERY
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Marcia K. Sowles*
MARCIA K. SOWLES
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-4960
Facsimile:  (202) 616-8470

*Attorneys for Defendant*

**DECLARATION PURSUANT TO CIVIL L. R. 5-1(i)(3)**

I, Jennifer Lynch, attest that I have obtained the concurrence of Marcia K. Sowles, counsel for Defendant, in the filing of this document.

Executed on March 14, 2014, in San Francisco, California.

                                 */s/ Jennifer Lynch*
                                    Jennifer Lynch

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/17/14

Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton