Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

David L. Sobel (*pro hac vice*)
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W., Suite 410
Washington, DC 20036
Telephone: 415-436-9333 x202

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.: 4:13-cv-2946 PJH |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS WHILE PARTIES PURSUE SETTLEMENT** |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | Date: May 21, 2014<br>Time: 9:00 A.M.<br>Place: Courtroom 3, 3d Floor<br>Judge: Hon. Phyllis J. Hamilton |

Pursuant to Civil L.R. 7-12, the parties, by and through undersigned counsel, hereby stipulate and respectfully request the Court stay the briefing schedule and hearing date for the parties' cross motions for summary judgment for thirty days while the parties pursue settlement negotiations. According to the current briefing schedule, Plaintiff's Cross Motion for Summary Judgment is due to be filed on Wednesday, April 16, 2014, and the Court is scheduled to hear argument on the parties' cross motions on Wednesday May 21, 2014. The parties respectfully request that these and all other remaining dates in the case be stayed.

This Freedom of Information Act case was filed on June 26, 2013, and the parties are currently in the middle of briefing cross motions for summary judgment to resolve remaining issues in the case. On March 12, 2014, Defendant filed its Motion for Summary Judgment. On March 14, 2014, the parties filed a stipulation and proposed order enlarging the time for Plaintiff to file its Cross Motion until April 14, 2014 and extending the briefing schedule in the case, which the Court signed on March 17, 2014.

Since the beginning of the case, the parties have been diligently working to move the case forward. The parties are currently engaged in settlement discussions but need additional time to continue discussions and reach a settlement, if possible. As the parties are already at the summary judgment phase of the case, a stay of these proceedings to allow time for the parties to discuss settlement will not significantly affect the schedule for the case. A stay will accommodate possible amicable resolution of this matter and serve the interests of preserving judicial resources and the parties' resources. A settlement of this matter would also obviate any need for this Court to decide the parties' Cross Motions for Summary Judgment.

///
///
///
///
///
///

The parties propose that they file a Joint Status Report within 30 days in the event that they have not filed a stipulation of dismissal by that date.

DATED: April 16, 2014                                  Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer Lynch* <br> ELECTRONIC FRONTIER FOUNDATION <br> Jennifer Lynch, Esq. <br> 815 Eddy Street <br> San Francisco, CA  94109 <br> Telephone:  (415) 436-9333 <br> Facsimile:  (415) 436-9993 <br> *Attorney for Plaintiff* | STUART F. DELERY <br> Assistant Attorney General <br><br> ELIZABETH J. SHAPIRO <br> Deputy Branch Director <br><br> */s/ Marcia K. Sowles* <br> MARCIA K. SOWLES <br> Senior Counsel <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> P.O. Box 883 <br> Washington, D.C.  20044 <br> Telephone: (202) 514-4960 <br> Facsimile:  (202) 616-8470 <br><br> *Attorneys for Defendant* |

## DECLARATION PURSUANT TO CIVIL L. R. 5-1(i)(3)

I, Jennifer Lynch, attest that I have obtained the concurrence of Marcia K. Sowles, counsel for Defendant, in the filing of this document.

Executed on April 16, 2014, in San Francisco, California.

*/s/ Jennifer Lynch*
Jennifer Lynch

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                             Hon. Phyllis J. Hamilton
                             United States District Judge