1 | JENNIFER LYNCH (SBN 240701)
2 | ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
3 | San Francisco, CA 94109
    Telephone:  (415) 436-9333
4 | Facsimile:   (415) 436-9993
    Email: jlynch@eff.org
5 | *Attorneys for Plaintiff*
    *Electronic Frontier Foundation*
6 |
7 | STUART F. DELERY
    Assistant Attorney General
8 | ELIZABETH J. SHAPIRO
    Deputy Branch Director
9 | MARCIA K. SOWLES, D.C. Bar No. 36955
    Senior Counsel
10 | United States Department of Justice
    Civil Division, Federal Programs Branch
11 | P.O. Box 883
12 | Washington, D.C. 20044
    Telephone: (202) 514-4960
13 | Facsimile: (202) 616-8470
    Email: marcia.sowles@usdoj.gov
14 | *Attorneys for Defendant*
15 | *United States Department of Justice*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.: 4:13-cv-2946 PJH |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | Judge: Hon. Phyllis J. Hamilton |

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No.: 13-cv-2946 PJH

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Electronic Frontier Foundation and Defendant Department of Justice hereby stipulate and agree to the dismissal of this action with prejudice.

DATED:  6/5/14                                                      Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer Lynch* <br> ELECTRONIC FRONTIER FOUNDATION <br> Jennifer Lynch, Esq. <br> 815 Eddy Street <br> San Francisco, CA  94109 <br> Telephone:  (415) 436-9333 <br> Facsimile:  (415) 436-9993 <br> *Attorney for Plaintiff* | STUART F. DELERY <br> Assistant Attorney General <br><br> ELIZABETH J. SHAPIRO <br> Deputy Branch Director <br><br> */s/ Marcia K. Sowles* <br> MARCIA K. SOWLES <br> Senior Counsel <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> P.O. Box 883 <br> Washington, D.C.  20044 <br> Telephone: (202) 514-4960 <br> Facsimile:  (202) 616-8470 <br><br> *Attorneys for Defendant* |

### DECLARATION PURSUANT TO CIVIL L. R. 5-1(i)(3)

I, Jennifer Lynch, attest that I have obtained the concurrence of Marcia K. Sowles, counsel for Defendant, in the filing of this document.

Executed on June 5, 2014, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer Lynch*
　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer Lynch


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: 6/6/14                                   _____
                                                Hon. Phyllis J. Hamilton
                                                United States District Judge